177 A.3d 116

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALEXIS ANDERSON, A/K/A ALEXIS ALLEN ANDERSON, ALEXANDER ANDERSON, DEFENDANT–PETITIONER.

C–416 September Term 2017
079667

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003728–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 116

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ELMO M. RIVADENEIRA, DEFENDANT–PETITIONER.

C–407 September Term 2017
079623

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003348–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.